IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LARRY RUSSELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 2:15-cv-2455-JPM-tmp |
| AAA LIMO, d/b/a RAILCREW ) | |
| XPRESS, LLC, ANDREW BECK, ) | |
| CHRISTEN BRANSON, BRIAN OHARA, ) | |
| and WILLIAM WALKER, ) | |
| ) | |
| Defendants. ) | |

**ORDER ADOPTING THE REPORT AND RECOMMENDATION:
ORDER GRANTING DEFENDANTS' MOTION TO DISMISS**

Before the Court is the Report and Recommendation of Magistrate Judge TU M. PHAM (the "Report and Recommendation"), issued February 17, 2016 (ECF No. 30), recommending that the Court grant Defendants' October 19, 2015, Motion to Dismiss (ECF No. 15). Objections to the Report and Recommendation were required to be filed on or before March 2, 2016. See Fed. R. Civ. P. 72(b)(2); see also Fed. R. Civ. P. 6(a)(1), (d). No objections to the Report and Recommendation have been filed.

"When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Fed. R. Civ. P. 72(b) advisory committee notes. On clear-error review of the

Report and Recommendation, the Court hereby ADOPTS the Report and Recommendation in its entirety.  Accordingly, the Court ADOPTS the Magistrate Judge's Report and Recommendation and GRANTS Defendants' Motion to Dismiss.

**IT IS SO ORDERED,** this 7th day of March, 2016.

/s/ Jon P. McCalla
JON P. McCALLA
U.S. DISTRICT COURT JUDGE